TICE O'CONNOR would grant the application for stay of execution pending the disposition of the petition for writ of certiorari.

MAY 26, 1992

No. 91–1514. ANNE ARUNDEL COUNTY REPUBLICAN CENTRAL COMMITTEE ET AL. *v.* STATE ADMINISTRATIVE BOARD OF ELECTION LAWS ET AL. Affirmed on appeal from D. C. Md. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. D–1084. IN RE DISBARMENT OF GREENSPAN. Disbarment entered. [For earlier order herein, see 502 U. S. 1087.]

No. D–1085. IN RE DISBARMENT OF KENNEY. Disbarment entered. [For earlier order herein, see 503 U. S. 902.]

No. D–1090. IN RE DISBARMENT OF GARNER. Disbarment entered. [For earlier order herein, see 503 U. S. 903.]

No. D–1091. IN RE DISBARMENT OF CRABTREE. Disbarment entered. [For earlier order herein, see 503 U. S. 916.]

No. D–1092. IN RE DISBARMENT OF DEVINE. Disbarment entered. [For earlier order herein, see 503 U. S. 916.]

No. D–1093. IN RE DISBARMENT OF ROBBINS. Disbarment entered. [For earlier order herein, see 503 U. S. 916.]

No. D–1095. IN RE DISBARMENT OF O'BRYAN. Disbarment entered. [For earlier order herein, see 503 U. S. 932.]

No. D–1126. IN RE DISBARMENT OF MARTIN. It is ordered that John T. Martin, of Springfield, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1127. IN RE DISBARMENT OF WHITNALL. It is ordered that William Dalton Whitnall, of Ripon, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.